

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00180-CV

IN RE MARK BENNETT WISON                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2013-70560-431

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: DAUPHINOT, WALKER, and MEIER, JJ.

DELIVERED: June 4, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).